In the Matter of the Claim of HOWARD GREEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

856

Bergan, P. J., Coon, Reynolds and Taylor, JJ., concur; Herlihy, J., dissents: I dissent and vote to affirm. (See *Matter of Bernstein* [*Corsi*], 278 App. Div. 625, affd. 303 N. Y. 755; *Matter of Vicks* [*Catherwood*], 12 A D 2d 120.)